UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:09CR00180-BD |
| | ) | |
| LEE BARNES | ) | |

ORDER

The Court has been informed that Defendant has paid all fines due the Central Violations Bureau. The Government concurs. Accordingly, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of February, 2010.

_____
BETH DEERE
United States Magistrate Judge